# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DANIEL RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>S. FRAUENHEIM, Warden,<br><br>Respondent. | Case No.  1:17-cv-00029-LJO-JLT-HC<br><br>ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT [Doc. 11]<br><br>ORDER SUBSTITUTING S. FRAUENHEIM AS RESPONDENT IN THIS MATTER |

On January 9, 2017, Petitioner filed a federal petition for writ of habeas corpus.  He named the California Department of Corrections as Respondent in this matter.  On March 15, 2017, the Court advised Petitioner that he had failed to name a proper respondent.  Petitioner was granted leave to file a motion to amend to name a proper respondent.

On March 15, 2017, Petitioner filed a motion to amend the petition to name S. Frauenheim as Respondent in this matter.  Petitioner has named the proper respondent since S. Fraueheim is the warden at his institution and he has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

///

///

///

///

1

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is **GRANTED**.

S. Frauenheim, Warden, is hereby **SUBSTITUTED** as Respondent in this matter.

IT IS SO ORDERED.

Dated:   **March 19, 2017**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE