# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DANIEL RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>S. FRAUENHEIM, Warden,<br><br>Respondent. | Case No.  1:17-cv-00029-LJO-JLT-HC<br><br>ORDER DENYING MOTION TO AMEND TO NAME A PROPER RESPONDENT AS MOOT<br>(Doc. 15) |

On March 15, 2017, Petitioner filed a motion to amend the petition to name S. Frauenheim as Respondent in this matter.  The motion was granted on March 20, 2017, and the Court substituted S. Frauenheim as Respondent.  On March 27, 2017, Petitioner filed another motion to amend the petition to name S. Frauenheim as Respondent.  Insofar as the motion has already been granted, Petitioner's second motion is DENIED as moot.

IT IS SO ORDERED.

    Dated:    **March 30, 2017**                              **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE

1