# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK DANIEL RAMIREZ,<br><br>Petitioner,<br><br>v.<br><br>S. FRAUENHEIM, Warden,<br><br>Respondent. | Case No.  1:17-cv-00029-LJO-JLT-HC<br><br>ORDER DENYING REQUEST FOR ISSUANCE OF CERTIFICATE OF APPEALABILITY AS PREMATURE<br><br>(Doc. 2) |

On January 9, 2017, Petitioner filed a petition for writ of habeas corpus in this Court. Along with the petition, he filed a motion for certificate of appealability pursuant to 28 U.S.C. § 2253 and Fed. R. App. Proc. 22.  Petitioner is advised that a certificate of appealability has no application and serves no purpose at the commencement of a federal habeas case.  Rather, a certificate of appealability only becomes an issue after a final order is issued in his case. Accordingly, Petitioner's second motion is **DENIED** as premature.

IT IS SO ORDERED.

Dated:  **March 30, 2017**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1